**FILED**

MAY 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **5 : 26 CR 0 0 2 5 5** |
| | ) | CASE NO. |
| CODY BUTZER, | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | **JUDGE BARKER** |

COUNT 1
(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about June 25, 2025, in the Northern District of Ohio, Eastern Division, Defendant CODY BUTZER, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Aggravated Trafficking in Drugs, in case number 2006-CR-1854, in the Stark County Common Pleas Court, on or about March 15, 2007; and Felonious Assault, in case number CR-2020-02-0667, in the Stark County Common Pleas Court, on or about January 13, 2021, knowingly possessed in and affecting interstate commerce firearms, to wit: an American Arms Inc. (Aldo Uberti) model Regulator, .45 caliber revolver, bearing serial number 127644; a black and gold 9mm semiautomatic pistol, manufacturer unknown, bearing no serial number; a Glock GMBH, model 43, 9mm semiautomatic pistol, bearing serial number BHVS219; a Glock GMBH, model 43x, 9mm semiautomatic pistol, bearing serial number BKNC122; a Polymer 80, model PF940C, semiautomatic pistol, bearing no serial number; a Sig Sauer, model P320, 9mm semiautomatic

pistol, bearing serial number 58H085709; a Taurus, model PT92 AFS-D, 9mm semiautomatic pistol, bearing serial number TMS97247; a Glock Inc, model 19, 9mm semiautomatic pistol, bearing serial number AGGK405; a Polymer 80, model PFC9, 9mm semiautomatic pistol, bearing serial number CA01083; a Pietro Beretta, model 8045 F Mini Cougar, .45 caliber semiautomatic pistol, bearing serial number 067738MC; a Sig Sauer, moder 1911 Max, 9mm semiautomatic pistol, bearing serial number 54032511; a Glock GMBH, model 19, 9mm semiautomatic pistol, bearing serial number CCAP855; a Kel-Tec, model KS7, 12-gauge shotgun, bearing serial number Q1362; a Savage Arms Inc, model 110, 450 Bushmaster caliber bolt action rifle, bearing serial number P188975; a Glock GMBH, model 17, 9mm semiautomatic pistol, bearing serial number BHBZ855; a Browning Arms Co., model Medallion, .300 win mag bolt action rifle, bearing serial number 23225ZP35; a Palmetto State Armory, model PA-15, multi caliber (chambered in 5.56) semiautomatic pistol, bearing serial number SCNL000698; an Anderson Manufacturing, model AM-15, multi caliber semiautomatic rifle, bearing serial number 21236036; a Franklin Armory, model FAI-15, multi caliber (chambered in 5.56) semiautomatic pistol, bearing serial number A-35344; a Tristar Arms Inc., model Cypher SP, shotgun bearing serial number 24TH1208107; a Primary Weapons Systems Inc (dba PWS), model MK1, multi caliber (chambered in .223) semiautomatic rifle, bearing serial number W10207; a Kel-Tec, model KSG, 12-gauge semiautomatic shotgun, bearing serial number XX2T23; an Anderson Manufacturing, model AM-15, multi caliber semiautomatic pistol, bearing serial number 21144944; an Anderson Manufacturing, model AM-15, multi caliber semiautomatic pistol, bearing serial number 19260564; a Kriss USA, Inc., Vector CRB, 10mm caliber semiautomatic rifle, bearing serial number 10C002972; a Remington, model 700, .308 caliber bolt action rifle, bearing serial number RR78807L; and ammunition, said firearms and

ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2.     For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Count 1 are incorporated herein by reference. As a result of the foregoing offense, Defendant CODY BUTZER shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Count 1, including, but not limited to:

a.   an American Arms Inc. (Aldo Uberti) model Regulator, .45 caliber revolver, bearing serial number 127644;

b.   a black and gold 9mm semiautomatic pistol, manufacturer unknown, bearing no serial number;

c.   a Glock GMBH, model 43, 9mm semiautomatic pistol, bearing serial number BHVS219;

d.   a Glock GMBH, model 43x, 9mm semiautomatic pistol, bearing serial number BKNC122;

e.   a Polymer 80, model PF940C, semiautomatic pistol, bearing no serial number;

f.   a Sig Sauer, model P320, 9mm semiautomatic pistol, bearing serial number 58H085709;

g.   a Taurus, model PT92 AFS-D, 9mm semiautomatic pistol, bearing serial number TMS97247;

3

h.  a Glock Inc, model 19, 9mm semiautomatic pistol, bearing serial number AGGK405;

i.  a Polymer 80, model PFC9, 9mm semiautomatic pistol, bearing serial number CA01083;

j.  a Pietro Beretta, model 8045 F Mini Cougar, .45 caliber semiautomatic pistol, bearing serial number 067738MC;

k.  a Sig Sauer, moder 1911 Max, 9mm semiautomatic pistol, bearing serial number 54032511;

l.  a Glock GMBH, model 19, 9mm semiautomatic pistol, bearing serial number CCAP855;

m.  a Kel-Tec, model KS7, 12-gauge shotgun, bearing serial number Q1362;

n.  a Savage Arms Inc, model 110, 450 Bushmaster caliber bolt action rifle, bearing serial number P188975;

o.  a Glock GMBH, model 17, 9mm semiautomatic pistol, bearing serial number BHBZ855;

p.  a Browning Arms Co., model Medallion, .300 win mag bolt action rifle, bearing serial number 23225ZP35;

q.  a Palmetto State Armory, model PA-15, multi caliber (chambered in 5.56) semiautomatic pistol, bearing serial number SCNL000698;

r.  an Anderson Manufacturing, model AM-15, multi caliber semiautomatic rifle, bearing serial number 21236036;

s.  a Franklin Armory, model FAI-15, multi caliber (chambered in 5.56) semiautomatic pistol, bearing serial number A-35344;

4

t.  a Tristar Arms Inc., model Cypher SP, shotgun bearing serial number 24TH1208107;

u.  a Primary Weapons Systems Inc (dba PWS), model MK1, multi caliber (chambered in .223) semiautomatic rifle, bearing serial number W10207;

v.  a Kel-Tec, model KSG, 12-gauge semiautomatic shotgun, bearing serial number XX2T23;

w.  an Anderson Manufacturing, model AM-15, multi caliber semiautomatic pistol, bearing serial number 21144944;

x.  an Anderson Manufacturing, model AM-15, multi caliber semiautomatic pistol, bearing serial number 19260564;

y.  a Kriss USA, Inc., Vector CRB, 10mm caliber semiautomatic rifle, bearing serial number 10C002972;

z.  a Remington, model 700, .308 caliber bolt action rifle, bearing serial number RR78807L; and

aa.  ammunition.


A TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.