IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:26 CR 255 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | CARMEN E. HENDERSON |
| | ) | |
| CODY BUTZER, | ) | |
| | ) | **ORDER MODIFYING BOND** |
| Defendant. | ) | **CONDITIONS** |

This matter came before the undersigned for an arraignment on Tuesday, June 30, 2026. Defendant Cody Butzer was present and represented by Attorneys Noah Munyer and Thomas Bauer.  The United States was represented by Assistant United States Attorney Kristen Rolph. The Office of Pretrial Services & Probation was represented by Nicholas Ayers.

Prior to the Arraignment, Pretrial Services recommended that the Defendant's previously issued bond be amended to $20,000 unsecured and no location monitoring. At the Arraignment, the Government objected to the complete removal of location monitoring, but was amenable to removing the home detention component, and did not object to amending the bond to a $20,000 unsecured. The Court heard argument from both sides regarding location monitoring.

The Court ordered that Defendant's bond be modified to be a $20,000 unsecured bond and the conditions be modified to remove location monitoring.

**IT IS SO ORDERED.**

Date: June 30, 2026

*CarmenHenderson*
**Carmen E. Henderson**
**United States Magistrate Judge**